UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ZARYAB M. MUNIR,

        Plaintiff,

  v.

MICHAEL CHERTOFF et al,

        Defendant.

Case Number: CV08-02414 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Zaryab M. Munir
22345 West Lyndon Loop
Castro Valley, CA 94552

Dated: July 15, 2008

                                  Richard W. Wieking, Clerk
                                  By: Simone Voltz, Deputy Clerk