1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 ZARYAB M. MUNIR,                    )   No. C 08-2414 MHP
                                       )
13              Plaintiff,             )
                                       )
14         v.                          )   JOINT REQUEST TO BE EXEMPT FROM
                                       )   FORMAL ADR PROCESS
15 MICHAEL CHERTOFF, Secretary of the  )
   Department of Homeland Security; et al., )
16                                     )
                Defendants.            )
17 _____ )

18     Each of the undersigned certifies that he or she has read either the handbook entitled

19 "Dispute Resolution Procedures in the Northern District of California," or the specified portions of

20 the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute

21 resolution options provided by the court and private entities, and considered whether this case might

22 benefit from any of them.

23     Here, the parties agree that referral to a formal ADR process will not be beneficial because

24 this mandamus action is limited to Plaintiff's request that this Court compel Defendants to

25 adjudicate the application for naturalization  Given the substance of the action and the lack of any

26 potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax

27 court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed

28 from the ADR Multi-Option Program and that they be excused from participating in the ADR phone

ADR CERTIFICATION
08-2414 MHP

1 | conference and any further formal ADR process.

2 | Dated: July 16, 2008           Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

    /s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: July 16, 2008           /s/
ZARYAB MUNIR
Pro Se

**~~PROPOSED~~ ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated:   July 17, 2008

MARILYN HALL PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ADR CERTIFICATION
08-2414 MHP           2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZARYAB M. MUNIR, | Case Number: CV08-02414 MHP |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| MICHAEL CHERTOFF et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Zaryab M. Munir
22345 West Lyndon Loop
Castro Valley, CA 94552

Dated: July 18, 2008

Richard W. Wieking, Clerk
By: Anthony Bowser, Deputy Clerk