1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12  ZARYAB M. MUNIR,                    )    No. C 08-2414 MHP
                                        )
13                  Plaintiff,          )
                                        )
14            v.                        )    JOINT MOTION TO EXTEND THE DATE
                                        )    OF THE CASE MANAGEMENT
15  MICHAEL CHERTOFF, Secretary of the  )    CONFERENCE; ~~PROPOSED~~ ORDER
    Department of Homeland Security; et al., )
16                                      )
                    Defendants.         )
17  _____ )

18        On July 16, 2008, the Court scheduled the Case Management Conference for August 4, 2008.

19  Defendants' counsel will be at training the week of August 4-8, 2008, and on vacation

20  August 18-29, 2008, and is thus unavailable.  In addition, Plaintiff is scheduled for an interview on

21  his naturalization application on August 7, 2008, and is unavailable from August 11-25, 2008.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

JOINT MOTION
08-2414 MHP

1    Accordingly, the parties hereby jointly move, subject to approval of the Court, to reschedule

2    the Case Management Conference to September 15, 2008, at 3:00 p.m.  The Case Management

3    Statement will be due ten days prior to the conference.

4    Dated: July 16, 2008                                Respectfully submitted,

5                                                        JOSEPH P. RUSSONIELLO
                                                         United States Attorney
6

7                                                        _____
                                                                /s/
8                                                        MELANIE L. PROCTOR[1]
                                                         Assistant United States Attorney
                                                         Attorneys for Defendants
9

10   Dated: July 16, 2008                                _____
                                                                /s/
11                                                       ZARYAB MUNIR
                                                         Pro Se

12                              ~~PROPOSED~~ ORDER

13   Pursuant to the agreement of the parties, IT IS SO ORDERED.  The Case Management

14   Conference is hereby rescheduled to September 15, 2008, at 3:00 p.m..

15   Dated:    July 17, 2008

16                                                       MARILYN HALL PATEL
17                                                       United States District Judge

18                                                       IT IS SO ORDERED
19
20                                                       Judge Marilyn H. Patel
21
22
23
24
25
26
27

28   [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
     signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT MOTION
08-2414 MHP                           2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


ZARYAB M. MUNIR,

              Plaintiff,

   v.

MICHAEL CHERTOFF et al,

              Defendant.

_____/

Case Number: CV08-02414 MHP

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Zaryab M. Munir
22345 West Lyndon Loop
Castro Valley, CA 94552

Dated: July 18, 2008

Richard W. Wieking, Clerk
By: Anthony Bowser, Deputy Clerk