1   JOSEPH P. RUSSONIELLO (CSBN 44332)
     United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
     Chief, Civil Division
3   MELANIE L. PROCTOR (CSBN 228971)
     Melanie.Proctor@usdoj.gov
4   Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169

7

  Attorneys for Defendants

8

             UNITED STATES DISTRICT COURT

9

           NORTHERN DISTRICT OF CALIFORNIA

10

              SAN FRANCISCO DIVISION

11

12   ZARYAB M. MUNIR,         )    No. C 08-2414 MHP
                         )
13            Plaintiff,   )
                         )
14          v.        )    STIPULATION TO DISMISS; ~~PROPOSED~~
                         )    ORDER
15   MICHAEL CHERTOFF, Secretary of the  )
     Department of Homeland Security; et al.,  )
16                          )
            Defendants.  )
17   _____ )

18        Plaintiff, by and through his attorney of record, and Defendants, by and through their

19   attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

20   entitled action without prejudice..

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

STIPULATION
08-2414 MHP

1    Each of the parties shall bear their own costs and fees.

2    Dated: September 2, 2008                    Respectfully submitted,

3                                                JOSEPH P. RUSSONIELLO
                                                 United States Attorney
4

5                                                          /s/
                                                 _____
6                                                MELANIE L. PROCTOR[1]
                                                 Assistant United States Attorney
                                                 Attorneys for Defendants
7

8    Dated: August 18, 2008                             /s/
                                                 _____
9                                                ZARYAB MUNIR
                                                 Pro Se

10                          ~~PROPOSED~~ ORDER

11    Pursuant to the stipulation of the parties, IT IS SO ORDERED.  All pending deadlines are

12   hereby terminated.  The Clerk shall close the file.

13   Dated:  September 3, 2008

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
    _____

[1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
signatures indicated by a "conformed" signature (/S/) within this efiled document.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ZARYAB M. MUNIR,

            Plaintiff,

   v.

MICHAEL CHERTOFF et al,

            Defendant.

_____/

Case Number: CV08-02414 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Zaryab M. Munir
22345 West Lyndon Loop
Castro Valley, CA 94552

Dated: September 4, 2008

Richard W. Wieking, Clerk
By: Anthony Bowser, Deputy Clerk